UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ANTHONY S. OCASIO,**

   **Plaintiff,**

v.                                                                Case No. 5:23-cv-95-TKW/MJF

**G. WOMBLE and WADE,**

   **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice for failure to prosecute and failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 21st day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**